ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    -v.-

JUVENILE A.E.,

                  Defendant.

: JUVENILE INFORMATION

: 02 CRIM. 1496

- - - - - - - - - - - - - - - - - - -x

U.S. DISTRICT COURT FILED NOV 26 2002 S.D. OF N.Y.

COUNT ONE

The United States Attorney charges:

1. On or about October 2, 2002, in the Southern District of New York, JUVENILE A.E., the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, used and carried a firearm, and aided and abetted the use and carrying of a firearm, and possessed a firearm in furtherance of a crime of violence, to wit, JUVENILE A.E. aided and abetted the use of a firearm during the drug-related murder of Gamaliel Gonzalez in the vicinity of 10 Overlook Terrace, New York, New York.

(Title 18, United States Code, Sections 924(c) and 2).

                                                _____
                                                JAMES B. COMEY
                                                United States Attorney